

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,290-01

### EX PARTE JOON YEOL LIM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1304078-A IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, ___

S.W.3d ___, No. WR-82,101-01, 2015 WL 6518272 (Tex. Crim. App. Oct. 28, 2015).

FILED: January 27, 2016
DO NOT PUBLISH